Roman Otkupman, CSBN 249423
Roman@OLFLA.com
Nidah Farishta, CSBN 312360
Nidah@OLFLA.com
OTKUPMAN LAW FIRM, A LAW CORPORATION
21800 Oxnard Street, Suite 1160
Woodland Hills, CA 91367
Telephone: (818) 293-5623
Facsimile: (888) 850-131 0

Attorneys for Plaintiff,
Nathan Todd Davis

LITTLER MENDELSON, P.C.
BENJAMIN L. WEBSTER, Bar No. 132230
bwebster@littler.com
JOHN H. ADAMS, JR., Bar No. 253341
jhadams@littler.com
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
WELLS FARGO BANK, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN TODD DAVIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a South Dakota Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:17-CV-01400-MCE-KJN<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE** |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:154781690.1 051995.1111　　　　CASE NO. 2:17-CV-01400-MCE-KJN

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINE

Plaintiff NATHAN TODD DAVIS and Defendant WELLS FARGO BANK, NATIONAL ASSOCIATION, (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate to extend the July 9, 2018, discovery cutoff date by 120 days, until November 6, 2018. In support of this stipulation, the parties offer the following:

1. The Parties have been diligently working to complete all discovery by the current deadline. Defendant has gathered documents potentially responsive to Plaintiff's written requests seeking certain electronically stored information, generally consisting of email communications among Plaintiff and various of Defendant's employees related to the claims and defenses in this action. However, after the gathering, processing and searching of those documents by Defendant's electronic discovery vendor, it was discovered that, because of unforeseen technical issues, the batch of documents generated did not conform to the search terms agreed to by the Parties. The resultant batch contained documents that are not relevant to this action and that contained private information of third parties.

2. Defendant has been working with its vendor to rectify the problem. However, in order to ensure collection of responsive documents, the entire process had to be repeated after the technical issues that caused the problem were identified and corrected. This has prevented the Parties from completing both written discovery and depositions necessary for prosecution of this matter.

3. Defendant anticipates receiving from its vendor batches of responsive, error-free documents within the next week. However, because the large volume of documents will require lengthy review prior to their use at deposition and in this action, and because additional written discovery may be required after review of the produced documents, the Parties will be unable to complete all discovery by the current deadline. The Parties therefore need to extend the discovery cutoff date by 120 days, until November 6, 2018.

///
///
///
///
///

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:154781690.1 051995.1111     2.     CASE NO. 2:17-CV-01400-MCE-KJN
STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINE

**THEREFORE**, subject to the approval of this Court, it is hereby stipulated and agreed that the discovery cutoff is extended to November 6, 2018.

**IT IS SO STIPULATED**.

Dated: June 8, 2018

*/s/ Roman Otkupman* (as authorized on 06.08.18)
Roman Otkupman, CSBN 249423
Nidah Farishta, CSBN 312360
OTKUPMAN LAW FIRM
Attorneys for Plaintiff
NATHAN TODD DAVIS

Dated: June 8, 2018　　　　　　　　　　LITTLER MENDELSON, P.C.

By: */s/ John H. Adams, Jr.*
　　BENJAMIN L. WEBSTER
　　JOHN H. ADAMS, JR.
　　Attorneys for Defendant
　　WELLS FARGO BANK, NATIONAL ASSOCIATION

IT IS SO ORDERED.

Dated: June 14, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:154781690.1 051995.1111　　　3.　　　CASE NO. 2:17-CV-01400-MCE-KJN
STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINE