Roman Otkupman, CSBN 249423
Roman@OLFLA.com
Nidah Farishta, CSBN 312360
Nidah@OLFLA.com
OTKUPMAN LAW FIRM, A LAW CORPORATION
21800 Oxnard Street, Suite 1160
Woodland Hills, CA 91367
Telephone: (818) 293-5623
Facsimile: (888) 850-131 0

Attorneys for Plaintiff,
Nathan Todd Davis

LITTLER MENDELSON, P.C.
BENJAMIN L. WEBSTER, Bar No. 132230
bwebster@littler.com
JOHN H. ADAMS, JR., Bar No. 253341
jhadams@littler.com
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
WELLS FARGO BANK, NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN TODD DAVIS,<br><br>   Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a South Dakota Corporation, and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 2:17-CV-01400-MCE-KJN<br><br>**ORDER GRANTING EXTENSION OF DISCOVERY DEADLINE** |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:155246858.1 051995.1111　　　　　　　　　　　　　　CASE NO. 2:17-CV-01400-MCE-KJN

ORDER GRANTING EXTENSION OF DISCOVERY DEADLINE

The Court, having read and considered the stipulation submitted by counsel, and good cause appearing therefore, hereby rules as follows:

The discovery cutoff is extended to November 6, 2018.

IT IS SO ORDERED.

Dated: June 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:155246858.1 051995.1111     2.     CASE NO. 2:17-CV-01400-MCE-KJN

ORDER GRANTING EXTENSION DISCOVERY DEADLINE