Roman Otkupman, CSBN 249423
Roman@OLFLA.com
Meghan Maertz, CSBN 276976
Meghan@OLFLA.com
OTKUPMAN LAW FIRM, A LAW CORPORATION
28632 Roadside Drive, Suite 203
Agoura Hills, CA 91301
Telephone: (818) 293-5623
Facsimile: (888) 850-1310

Attorneys for Plaintiff,
Nathan Todd Davis

LITTLER MENDELSON, P.C.
BENJAMIN L. WEBSTER, Bar No. 132230
bwebster@littler.com
JOHN H. ADAMS, JR., Bar No. 253341
jhadams@littler.com
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
WELLS FARGO BANK, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN TODD DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION, a South Dakota Corporation, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:17-CV-01400-MCE-KJN <br><br> **ORDER TO EXTEND DISCOVERY DEADLINE** |

Good cause having been shown, it is hereby ordered that the fact discovery cut-off is extended to March 4, 2019.

IT IS SO ORDERED.

Dated: October 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE