Roman Otkupman (State Bar No. 249423)
Meghan Maertz (State Bar No. 276976)
OTKUPMAN LAW FIRM, A LAW CORPORATION
28632 Roadside Dr., Suite 203
Agoura Hills, CA 91301
Tel. (818) 293-5623
Fax (818) 850-1310
Roman@OLFLA.com
Mehgan@OLFLA.com

Attorneys for Plaintiff
NATHAN TODD DAVIS

LITTLER MENDELSON, P.C.
BENJAMIN L. WEBSTER, Bar No. 132230
bwebster@littler.com
JOHN H. ADAMS, JR., Bar No. 253341
jhadams@littler.com
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
WELLS FARGO BANK, NATIONAL
ASSOCIATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN TODD DAVIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a South Dakota Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-CV-01400-MCE-KJN<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATION AND ORDER TO EXTEND
DISPOSITIVE MOTION DEADLINE

CASE NO. 2:17-CV-01400-MCE-KJN

Plaintiff NATHAN TODD DAVIS and Defendant WELLS FARGO BANK, NATIONAL ASSOCIATION, (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate to extend the September 3, 2019, deadline for filing dispositive motions by 90 days, until December 2, 2019. In support of this stipulation, the parties offer the following:

1. The Parties are set to mediate this matter through private mediation with Cynthia Remmers prior to trial. This mediation is scheduled for August 22, 2019;

2. The Parties have put on hold all work on dispositive motions in order to facilitate meaningful mediation in a good-faith attempt to resolve this matter without further litigation, necessitating additional time to file such motions if the mediation and settlement efforts are unsuccessful;

3. In the event the Parties do not resolve this matter at mediation, additional time after mediation to continue negotiations may allow the Parties to reach a settlement, necessitating additional time to file such motions if the mediation and settlement efforts are initially unsuccessful.

**THEREFORE**, subject to the approval of this Court, it is hereby stipulated and agreed that the deadline for filing dispositive motions be extended by 90 days, making the new deadline December 2, 2019.

**IT IS SO STIPULATED**.

Dated: August 21, 2019

*/s/ Meghan Maertz* (as authorized on 8/21/19)
Roman Otkupman, (State Bar No. 249423)
Meghan Maertz (State Bar No. 276976)
OTKUPMAN LAW FIRM
Attorneys for Plaintiff
NATHAN TODD DAVIS

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE — 2. — CASE NO. 2:17-CV-01400-MCE-KJN

Dated: August 21, 2019	LITTLER MENDELSON, P.C.


By: */s/ John H. Adams, Jr.*
BENJAMIN L. WEBSTER
JOHN H. ADAMS, JR.
Attorneys for Defendant
WELLS FARGO BANK, NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

**Dated:  August 28, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE	3.	CASE NO. 2:17-CV-01400-MCE-KJN