1  Roman Otkupman, CSBN 249423
   Roman@OLFLA.com
2  Meghan Maertz, CSBN 276976
   Meghan@OLFLA.com
3  OTKUPMAN LAW FIRM, A LAW CORPORATION
   28632 Roadside Drive, Suite 203
4  Agoura Hills, CA 91301
   Telephone: (818) 293-5623
5  Facsimile: (888) 850-131 0

6  Attorneys for Plaintiff,
   Nathan Todd Davis
7

8  LITTLER MENDELSON, P.C.
   BENJAMIN L. WEBSTER, Bar No. 132230
9  bwebster@littler.com
   JOHN H. ADAMS, JR., Bar No. 253341
10 jhadams@littler.com
   500 Capitol Mall
11 Suite 2000
   Sacramento, CA  95814
12 Telephone:   916.830.7200
   Facsimile:    916.561.0828
13
   Attorneys for Defendant
14 WELLS FARGO BANK, NATIONAL
   ASSOCIATION
15

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN TODD DAVIS, | Case No. 2:17-CV-01400-MCE-KJN |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| v. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, a South Dakota Corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER

CASE NO. 2:17-CV-01400-MCE-KJN

**TO THE CLERK AND THE HONORABLE COURT:**

      COME NOW, Plaintiff Nathan Todd Davis (hereinafter "Plaintiff") and Defendant Wells Fargo Bank, National Association (hereinafter "Defendant") (collectively with Plaintiff, the "Parties"), by and through their respective attorneys of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate that this court dismiss with prejudice the above-captioned action in its entirety based on the Parties' settlement of this matter as noticed on November 18, 2019 [Doc. 21]. The Parties hereby respectfully request that the Court dismiss this action in its entirety, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

      **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: November 20, 2019            LITTLER MENDELSON, P.C.

                                          By: */s/ John H. Adams, Jr.*
                                                BENJAMIN L. WEBSTER
                                                JOHN H. ADAMS, JR.
                                                Attorneys for Defendant
                                                WELLS FARGO BANK, NATIONAL ASSOCIATION

Dated: November 20, 2019

                                          */s/ Roman Otkupman (as authorized on 11.18.19.)*
                                          Roman Otkupman
                                          Meghan Maertz
                                          OTKUPMAN LAW FIRM
                                          Attorneys for Plaintiff Nathan Todd Davis

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE ORDER      2.      CASE NO. 2:17-CV-01400-MCE-KJN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN TODD DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a South Dakota Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-01400-MCE-KJN<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Having reviewed the foregoing Joint Stipulation, and for good cause appearing, the Court hereby grants the Parties' Joint Stipulation for Dismissal with Prejudice, and dismisses Case No. 2:17-CV-01400-MCE-KJN with prejudice. Each party shall bear his/its own costs and fees, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE ORDER 3. CASE NO. 2:17-CV-01400-MCE-KJN